# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ARITHA LAGAIL DIXON, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:21-CV-02070-E-BH |
| JELENA MCWILLIAMS, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted. By separate judgment, Plaintiffs' claims will be DISMISSED with prejudice. Plaintiff's Motion for Summary Judgment is in all things DENIED.

**SO ORDERED.**

6th day of March, 2023.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE